335 A.2d 338.

GLORIA CORONA *et al. vs.* ROBERT F. BURNS, *Secretary of State et al.*

APRIL 11, 1975.

PRESENT: Roberts, C. J., Paolino, Joslin, Kelleher and Doris, JJ.

PER CURIAM. This case was consolidated for hearing on appeal with *Chase* v. *Burns*, 114 R. I. 485, 335 A.2d 334 (1975). The issues in the two cases are substantially the same, and our decision today in *Chase* is dispositive of this appeal.

Accordingly, the defendants' appeal is denied and dismissed, the judgment appealed from is affirmed, and the case is remanded to the Superior Court for further proceedings.

*Anthony R. Berretto,* for plaintiffs.

*Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, *Maurice W. Hendel,* for defendants.